IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH FRAGAPANE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GENER8 MARITIME, INC., PETER C. GEORGIOPOULOS, ETHAN AUERBACH, NICOLAS BUSCH, DAN ILANY, ADAM PIERCE, ROGER SCHMITZ, STEVEN D. SMITH, EURONAV NV, and EURONAV MI INC.,<br><br>Defendants. | Civil Action No. 1:18-cv- 2097<br><br><br>**NOTICE OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)** |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a), plaintiff Joseph Fragapane ("Plaintiff") in the above captioned action dismisses this litigation with prejudice as to the named Plaintiff and without prejudice as to the proposed class. Dismissal pursuant to FRCP 41(a) is proper because no class is certified. For the avoidance of doubt, this dismissal is without prejudice to any putative class members. No monetary compensation in any form has passed directly or indirectly to the named Plaintiff or his attorneys, and no promise or agreement to give any such compensation has been made, in exchange for this dismissal.

Respectfully submitted,

Dated: May 11, 2018

**BRODSKY & SMITH, LLC**

By: _____
Evan J. Smith, Esquire
240 Mineola Boulevard
Mineola, NY 11501
Phone: (516) 741-4977
Facsimile (561) 741-0626
esmith@brodskysmith.com

THE CLERK OF COURT IS DIRECTED TO CLOSE THIS CASE.
SO ORDERED.
Dated: 6/12/18

_____
J. PAUL OETKEN
United States District Judge

- 1 -
NOTICE OF DISMISSAL PURSUANT TO FRCP 41(a)